Submitted May 17, reversed June 19, 2013

Ronald DOYLE;
Robert Deuel;
Benedict Miller;
and Charles Steinberg,
*Plaintiffs-Respondents,*

*v.*

CITY OF MEDFORD,
an Oregon Municipal corporation;
and Michael Dyal,
City Manager of the City of Medford,
in his official capacity and as an individual,
*Defendants-Appellants.*

Jackson County Circuit Court
080137L7; A150809

303 P3d 1014

Robert E. Franz, Jr., and Law Office of Robert E. Franz, Jr., filed the briefs for appellants.

Stephen L. Brischetto filed the briefs for respondents.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Duncan, Judge.

PER CURIAM

Reversed. *Doyle v. City of Medford*, 256 Or App 625, 303 P3d 346 (2013).